

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00466-CV

IN THE INTEREST OF J.W.G. AND
M.A.G., CHILDREN

------------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Notice Of Withdrawal Of Direct Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution

issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  January 10, 2013

---

[1]*See* Tex. R. App. P. 47.4.